**Opinion issued January 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-18-00956-CV

———————————

**AMBER AND RYAN CARROLL AND MARKET-TIERS, INC. D/B/A BLUE ENDO, Appellants**

**V.**

**NICOLE TRAN, MD, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-69798**

---

### MEMORANDUM OPINION

Appellants have filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellants failed to include a certificate of conference in their

motion, appellants' motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.